Julio Ernesto **MELENDEZ LIZAMA**, Petitioner,

v.

**Jefferson B. SESSIONS III**, Attorney General, Respondent.

No. 16-2033

United States Court of Appeals, Fourth Circuit.

Submitted: August 30, 2017

Decided: September 11, 2017

John T. Riely, Rockville, Maryland, for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Linda S. Wernery, Assistant Director, Janice K. Redfern, Senior Litigation Counsel, Washington, D.C., for Respondent.

Before SHEDD, AGEE, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julio Ernesto Melendez Lizama, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal of the Immigration Judge's denial of his requests for asylum and withholding of removal. We have thoroughly reviewed the record, including the transcript of Melendez Lizama's merits hearing and all sup-

time is calculated from the later date, Lobo-Lopez's appeal was still untimely.

porting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision, *INS v. Elias-Zacarias*, 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Melendez Lizama* (B.I.A. Aug. 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*